A CERTIFIED TRUE COPY

AUG - 3 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

AUG 14 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2007

FILED
CLERK'S OFFICE

# *UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

07 CV 806 L(BLM)

## *MDL NO. 1842*

## *IN RE Kugel Mesh Hernia Patch Products Liability Litigation*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

5

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN 2 07-1033 | David Staton, et al. v. Davol, Inc., et al. | 07-1855 |
| CALIFORNIA SOUTHERN | | |
| CAS 3 07-806 | Wendy H. Risley, et al. v. Davol, Inc., et al. | 07-1856 |
| FLORIDA NORTHERN | | |
| FLN 3 07-176 | Neil Montgomery, Jr., et al. v. Davol, Inc., et al. | 07-1857 |
| KENTUCKY WESTERN | | |
| KYW 1 07-93 | J.W. Collins v. Davol, Inc., et al. | 07-1858 |
| LOUISIANA WESTERN | | |
| LAW 2 07-747 | Randall G. Woodard v. Davol, Inc., et al. | 07-1859 |
| MISSOURI EASTERN | | |
| MOE 4 07-1045 | Beverly Diffee v. C.R. Bard, Inc., et al. | 07-1860 |
| NORTH CAROLINA MIDDLE | | |
| NCM 1 07-393 | Brenda Randall v. Davol, Inc., et al. | 07-1861 |
| NCM 1 07-396 | Elmer Knapp v. Davol, Inc., et al. | 07-1862 |
| NEBRASKA | | |
| NE 4 07-3142 | Victoria McNeir v. Davol, Inc., et al. | 07-1863 |
| NEVADA | | |
| ~~NV 2 07-731~~ | ~~Judy A. Nichol, et al. v. Davol, Inc., et al.~~ Opposed 7/31/07 | |
| NEW YORK EASTERN | | |
| NYE 1 07-1540 | John DiLeonardo, et al. v. Davol, Inc., et al. | 07-1864 |
| NYE 1 07-2392 | Florence Horowitz, et al. v. Davol, Inc., et al. | 07-1865 |
| OHIO NORTHERN | | |
| OHN 1 07-1336 | David Kinney, etc. v. Davol, Inc., et al. | 07-1866 |
| TENNESSEE MIDDLE | | |
| TNM 3 07-482 | Lydia F. Kolb, et al. v. C.R. Bard, Inc., et al. | 07-1867 |
| TNM 3 07-636 | Lattica Lashey Horton v. C.R. Bard, Inc., et al. | 07-1868 |
| TNM 3 07-643 | Martha Burleson, et al. v. C.R. Bard, Inc., et al. | 07-1869 |
| TEXAS EASTERN | | |
| TXE 1 07-312 | Loretta Renee Wilkins v. Davol, Inc., et al. | 07-1870 |
| TEXAS SOUTHERN | | |
| TXS 4 07-1394 | Ruben Cavazos v. C.R. Bard, Inc., et al. | 07-1871 |
| TXS 4 07-2002 | Kathy A. Shepherd v. Davol, Inc., et al. | 07-1872 |
| TXS 4 07-2031 | Betsy L. Bynum v. Davol, Inc., et al. | 07-1873 |
| TXS 4 07-2040 | Roy R. Young v. Davol, Inc., et al. | 07-1874 |
| TXS 4 07-2041 | Mauro L. Cossentino v. Davol, Inc., et al. | 07-1875 |
| TXS 4 07-2044 | Carla Jean Eaves v. Davol, Inc., et al. | 07-1876 |
| TXS 4 07-2046 | Willis C. Gabbard v. Davol, Inc., et al. | 07-1877 |
| TXS 4 07-2048 | Shirley L. Wright v. Davol, Inc., et al. | 07-1878 |
| TXS 4 07-2055 | Gladys Mae Fox v. Davol, Inc., et al. | 07-1879 |
| TEXAS WESTERN | | |
| TXW 6 07-163 | Robert Witt v. Davol, Inc., et al. | 07-1880 |

In re: MDL 1842
Kugel Mesh Hernia Patch Products Liability Litigation

Attached is a certified copy of the conditional transfer order (CTO-1) received from the Multidistrict Litigation Panel in Washington, DC. It instructs that the case(s) listed from your district be transferred to our district for coordinated or consolidated pretrial proceedings. Schedule CTO-1 Tag-Along Actions includes the case number assigned to each action by the District of Rhode Island.

The Honorable Mary M. Lisi will preside over the cases. She directs that the complaint, and any pending motions along with their objections and a certified copy of the docket be transferred to this Court. Please forward the documents in a PDF format attached to an email sent to barbara_barletta@rid.uscourts.gov. Please attach separate PDFs for each document. If this is not possible, please forward printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Paulette Dube at 401-752-7222.

Sincerely yours,

David A. DiMarzio, Clerk

District of Rhode Island cto-1.pdf