CLOSED

**U.S. District Court**
**Southern District of California (San Diego)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00806-L-BLM**
**Internal Use Only**

Risley et al v. Davol, Inc. et al
Assigned to: Judge M. James Lorenz
Referred to: Magistrate Judge Barbara Lynn Major
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/03/2007
Date Terminated: 08/14/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Wendy H. Risley**

represented by **Elizabeth Anne Banham**
Mulligan and Banham
2442 Fourth Avenue
Suite 100
San Diego, CA 92101
(619)238-8700
Fax: (619)238-8701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy A. Risley**

represented by **Elizabeth Anne Banham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | 1 | COMPLAINT t/w Jury Demand against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350, receipt #137791) , filed by Wendy H. Risley, Tracy A. Risley.(jcj) (bar) (Entered: 05/07/2007) |
| 05/03/2007 | 2 | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (mjj, )(mam). (Entered: 05/07/2007) |

| | | |
|---|---|---|
| 05/15/2007 | 3 | Fourth NOTICE by Movant Monteil of tag-along action to case o7cv 64, In the Dist of RI. This action is related to recently filed cases in So Dist of TX, W Dist of LA, and the Middle Dist of TN. (mam) (Entered: 05/15/2007) |
| 05/31/2007 | 4 | NOTICE by Movant Hall of Tag-Along Actions to case 07cv0480-TMP in the Northern District of Alabama t/w Proof of Service. This action is related to recently filed cases in E. Dist. of Texas, W. Dist. of Louisiana, S. Dist. of California, Middle Dist. of Tennessee and the N. Dist. of Ohio. (mjj, ) (mam). (Entered: 05/31/2007) |
| 05/31/2007 | 5 | Fifth NOTICE by Movant Montiel of Tag-Along Action in case 07CV-064 in the Dist. of R.I. t/w Docket and Proof of Service. This action is related to recently filed cases in N. Dist of Ohio and Middle Dist of N. Carolina (2). (mjj, )(mam). (Entered: 05/31/2007) |
| 06/05/2007 | 6 | NOTICE of Movant Montiel's sixth notice of tag-along action re MDL 1842 in re: Kugel Mesh Hernia Patch Litigation (Attachments: # 1 Proof of Service)(bar, ) (Entered: 06/05/2007) |
| 06/13/2007 | 7 | Movant Montiel's seventh notice of tag-along action (Attachments: # 1 Proof of Service)(bar, ) (Entered: 06/13/2007) |
| 06/26/2007 | 8 | NOTICE re MDL 1842, movant Montiel's eighth notice of tag-along action (bar) (Entered: 06/27/2007) |
| 08/14/2007 | 9 | Case transferred to the District of Rhode Island pursuant to MDL 1842. Rhode Island Case No. 07-1856(bar) (Entered: 08/14/2007) |