**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **CASE NO.: 07-1842-ML** |
| **THIS DOCUMENT RELATES ONLY TO *Risley v. Davol Inc., et. al.*** | § § § | ***Risley v. Davol Inc., et al.* C.A. 07-1856** **Judge Lisi** |

**Motion To Remand**

Defendants Bard and Davol ("Davol") hereby move for remand of *Risley v. Davol & Bard*, because the case involves a product other than the one at issue in this MDL, the Composix® Kugel® Patch.

**Facts**

1. The *Risley* case was filed on May 3, 2007, in the United States District Court for the Southern District of California.

2. The complaint alleges that a Composix® Kugel® Patch caused the plaintiffs' injuries, and describes in various paragraphs of the complaint plaintiffs' theory about the liability of Davol based on the alleged propensity of the memory recoil ring in the Composix® Kugel® Patch to break.

3. The lot number identified by plaintiff from her surgical records, 43DOD232, is not the lot number for a Composix® Kugel® Patch, but for Composix® EX Mesh. *See* Torrey Aff. ¶ 3 (Att. A) (Lot number 43DOD232 is for Composix® E/X Mesh , not for Composix® Kugel® Patch).

4. Composix® EX Mesh has never been recalled.

5. Composix® EX Mesh has no memory recoil ring. *See id.* ¶ 4.

**Argument**

Remand from an MDL is warranted when a case is transferred to the MDL that does not fall within the scope of the litigation for which the MDL was created. *See, e.g., In re IBM Peripheral EDP Devices Antitrust Litigation*, 407 F. Supp. 254 (J.P.M.L. 1976) (affording great deference to transferee court in allowing remand of factually dissimilar cases to transferor court). Plaintiff evidently mistakenly believed that this was a Composix® Kugel® Patch case, and pleaded it as such. *See* Compl. ¶ 10 (discussing Composix® Kugel® Patch recall); *id.* ¶¶ 31, 38, 46, & 50(h) (alleging injury or design defect due to ring break). But the belief is false: the product in question is not even a Composix® Kugel® Patch, much less a recalled Composix® Kugel® Patch, and it does not even contain a memory recoil ring.[1] This case should be remanded.

Date: December 13, 2007

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Mark T. Nugent
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

[1] Although advised of these errors, plaintiffs' counsel, through the MDL liaison counsel, has refused to consent to remand.