## Adverse Event Report

**DAVOL INC., SUB. C.R. BARD, INC. COMPOSIX MESH E/X** back to search results

**Catalog Number** 0123680
**Event Date** 08/17/2007
**Event Type** Injury **Patient Outcome** Required Intervention;

**Manufacturer Narrative**

Currently, it is unk whether or not the device may have caused or contributed to the event as no product has been returned. No conclusion can be drawn at this time. We will submit a follow up report when/if product is returned for eval or add'l info becomes available.

**Event Description**

It was reported by the pt that, 4-5 months after implant, she was experiencing abdominal pain. The pt went in for exploratory surgery in 2007, and the mesh was explanted due to reported bowel adhesions. The pt is stable after surgery.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | COMPOSIX MESH E/X |
| **Manufacturer *(Section F)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI |
| **Manufacturer *(Section D)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI |
| **Manufacturer *(Section G)*** | BARD PUERTO RICO<br>Las Piedras Indust Park Lot#5<br>P.o. Box 2001<br>Las Piedras PR 00671 |

| | |
|---|---|
| **Manufacturer Contact** | Lori Laplume<br>100 Sockanossett Crossroad<br>Cranston , RI 02920<br>(401) 463 -7000 |
| **Device Event Key** | 901923 |
| **MDR Report Key** | 926639 |
| **Event Key** | 877290 |
| **Report Number** | 1213643-2007-00682 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |
| **Report Source** | Manufacturer |
| **Source Type** | Consumer |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 09/14/2007 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 10/11/2007 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 0123680 |
| **Device LOT Number** | 43AMDO88 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was The Report Sent To Manufacturer?** | No |
| **Date Manufacturer Received** | 09/14/2007 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Date Device Manufactured** | 01/01/2002 |
| **Is The Device Single Use?** | Yes |

| | |
|---|---|
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | No |
| **Is this an Explanted Device?** | |
| **Type of Device Usage** | Initial |

**Patient TREATMENT DATA**

**Date Received: 10/11/2007 Patient Sequence Number: 1**

| # | Treatment | Treatment Date |
|---|---|---|
| 1,THE PT WAS REPORTED AS STABLE FOLLOWING THE SURGER, | | |

Database last updated on November 28, 2007

## Adverse Event Report

**DAVOL INC., SUB. C.R. BARD, INC. COMPOSIX MESH E/X** back to search results

**Catalog Number** 0123680
**Event Date** 06/28/2007
**Event Type** Injury **Patient Outcome** Required Intervention;
**Manufacturer Narrative**
Currently, it is unknown whether or not the device caused or contributed to the event as no product has been returned. No conclusion can be drawn at this time. We will submit a follow up report when/if additional information becomes available.

**Event Description**
It was reported by the patient that in 2007 the mesh was explanted due to the mesh was "twined" around her intestines. The patient reported that she and the doctor felt lumps when her abdomen was palpated. The patient also reported pain. The implant date was in 2004. Patient reported she is stable after the surgery.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | COMPOSIX MESH E/X |
| **Manufacturer *(Section F)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI |
| **Manufacturer *(Section D)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI |

| | |
|---|---|
| **Manufacturer *(Section G)*** | BARD PUETRO RICO<br>Las Piedras Industrial Park<br>Lot# 5, P.o. Box 2001 |

| | |
|---|---|
| | Las Piedras PR 00671 |
| **Manufacturer Contact** | Lori Laplume<br>100 Sockanossett Crossroad<br>Cranston , RI 02920<br>(401) 463 -7000 |
| **Device Event Key** | 920054 |
| **MDR Report Key** | 947635 |
| **Event Key** | 909706 |
| **Report Number** | 1213643-2007-00806 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |
| **Report Source** | Manufacturer |
| **Source Type** | Consumer |
| **Reporter Occupation** | Patient |
| **Type of Report** | Initial |
| **Report Date** | 11/05/2007 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| **Date FDA Received** | 11/13/2007 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 0123680 |
| **Device LOT Number** | 43BOD398 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was The Report Sent To Manufacturer?** | No |
| **Date Manufacturer Received** | 11/05/2007 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Date Device Manufactured** | 02/01/2004 |
| **Is The Device Single Use?** | Yes |

| | |
|---|---|
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | No |
| **Is this an Explanted Device?** | |
| **Type of Device Usage** | Initial |

Database last updated on November 28, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

U.S. Food and Drug Administration — Department of Health and Human Services
CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

CDRH SuperSearch

510(k) | Registration | Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**DAVOL CORPORATION BARD COMPOSIX E/X MESH HERNIA REPAIR** back to search results

**Lot Number** 43DND439

**Patient Outcome** Hospitalization; Life Threatening Other Required Intervention

**Event Description**

Since 1 yr after my ventral hernia was repaired with the bard composix e/x mesh, i have been in & out of the hospital. I have been treated for bowel blockages on numerous occasions, 1 bowel obstruction - surgery 2006- , a hemangioma - 4. 72 cm - on my liver that i have a ct scan done every 6 mos, as it appeared at that size within 3 mos, a hysterectomy due to hemorrhaging, consistent abdominal pain, high liver enzyme levels for over a year now that there is no apparent cause, in 2007, i was admitted thru the emergency room for rectal bleeding, i still have blood in my stool. I have had no previous history of any of the medical issues.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | BARD COMPOSIX E/X MESH |
| **Type of Device** | HERNIA REPAIR |
| **Manufacturer *(Section D)*** | DAVOL CORPORATION |
| **Device Event Key** | 851680 |
| **MDR Report Key** | 868222 |
| **Event Key** | 830818 |
| **Report Number** | MW5002691 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |

| | |
|---|---|
| **Report Source** | Voluntary |
| **Report Date** | 06/15/2007 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 06/15/2007 |
| **Is This An Adverse Event Report?** | No |
| **Is This A Product Problem Report?** | Yes |
| **Device Operator** | Lay User/Patient |
| **Device LOT Number** | 43DND439 |
| **Was Device Available For Evaluation?** | Yes |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | |

Database last updated on November 28, 2007

U.S. Food and Drug Administration
CENTER FOR DEVICES AND RADIOLOGICAL HEALTH



## Adverse Event Report

**DAVOL INC., SUB. C.R. BARD, INC. COMPOSIX MESH E/X SURGICAL MESH** back to search results

**Catalog Number** 0123460
**Event Type** Injury **Patient Outcome** Required Intervention;
**Event Description**
It was reported that, "patient developed an infection at the insertion of the davol composix mesh. ".

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | COMPOSIX MESH E/X |
| **Type of Device** | SURGICAL MESH |
| **Baseline Brand Name** | COMPOSIX MESH E/X |
| **Baseline Generic Name** | SURGICAL MESH |
| **Baseline Catalogue Number** | 0213460 |
| **Baseline Model Number** | 0123460 |
| **Baseline Device Family** | MESH |
| **Baseline Device 510(K) Number** | K002684 |
| **Baseline Shelf Life Information** | Yes |
| **Is Baseline PMA Number Provided?** | No |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |

| | |
|---|---|
| **Shelf Life(Months)** | 24 |
| **Date First Marketed** | 02/02/2001 |
| **Manufacturer *(Section F)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI * |
| **Manufacturer *(Section D)*** | DAVOL INC., SUB. C.R. BARD, INC.<br>Cranston RI * |
| **Manufacturer *(Section G)*** | BARD PUERTO RICO<br>Las Piedras Industrial Park<br>Lot #5, P.o. Box 2001<br>Las Piedras PR 00671 |
| **Manufacturer Contact** | Thomas Swanson<br>100 Sockanossett Crossroad<br>Cranston , RI 02920<br>(401) 463 -7000 |
| **Device Event Key** | 774145 |
| **MDR Report Key** | 786356 |
| **Event Key** | 750417 |
| **Report Number** | 1213643-2006-00341 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |
| **Report Source** | Manufacturer |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 11/16/2006 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 11/16/2006 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Invalid Data |
| **Device Catalogue Number** | 0123460 |
| **Device LOT Number** | 43BQD317 |

| | |
|---|---|
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No Answer Provided |
| **Was the Report Sent to FDA?** | No |
| **Date Manufacturer Received** | 10/23/2006 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | No Answer Provided |
| **Type of Device Usage** | Unkown |

Database last updated on November 28, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

## Adverse Event Report

**BARD COMPOSITE E/X MESH SURGICAL / HERNIA MESH DAVOL ELLIPSE 8X10** back to search results

**Lot Number** 43LLD204

**Event Description**

Wife reports that her husband has had 6-7 surgeries all of which have been related to mesh problems. Surgeons at duke revealed that the mesh had entangled the patient's intestines and had attached itself to organs. Soon after implantation, the patient developed an infection with fever and abdominal pain. There was also a considerable amount of oozing associated with the wound. For three months, spent with frequent hospital visits for debridement. The wife describes the mesh and wound's appearance as appearing like a "screen-door wire" that was growing out of the patient's stomach. The wound later required a skin graft for repair. In 2003, the patient underwent a 5 hr surgery to fix what ct showed to be his intestines "all jumbled up" inside. Fortunately, there were no perforations. There's not a single day that he goes by that the patient goes without any pain. Initially his stomach was swollen, requiring him to wear extra large pants. His stomach now is "board-like" in appearance. Nine to ten surgeries later, he continues to have problems. Wife admits seeking legal counsel. But didn't go forward with any law suit, since no real fault would be found with the physician. Now that they've become aware of the mesh recall it all fits. Her husband is having and has had the same symptoms as those described by other mesh recipients posted on the internet.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | BARD COMPOSITE E/X MESH |
| **Type of Device** | SURGICAL / HERNIA MESH DAVOL ELLIPSE 8X10 |
| **Device Event Key** | 855103 |
| **MDR Report Key** | 873056 |

| | |
|---|---|
| **Event Key** | 835554 |
| **Report Number** | MW5002833 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |
| **Report Source** | Voluntary |
| **Report Date** | 06/26/2007 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 06/26/2007 |
| **Is This An Adverse Event Report?** | No |
| **Device Operator** | Service Personnel |
| **Device LOT Number** | 43LLD204 |
| **OTHER Device ID Number** | 0123810 |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | |

Database last updated on November 28, 2007

---

## Adverse Event Report

**DAVOL, INC., SUB. C.R. BARD, INC. COMPOSIX MESH EX SURGICAL MESH** — back to search results

**Catalog Number** 0123810
**Event Date** 03/15/2004
**Event Type** Injury **Patient Outcome** Required Intervention;
**Event Description**
Pt developed a fistula.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | COMPOSIX MESH EX |
| **Type of Device** | SURGICAL MESH |
| **Baseline Brand Name** | COMPOSIX MESH EX |
| **Baseline Generic Name** | SURGICAL MESH |
| **Baseline Catalogue Number** | 0123810 |
| **Baseline Device Family** | COMPOSIX MESH EX |
| **Baseline Device 510(K) Number** | K002684 |
| **Baseline Shelf Life Information** | Yes |
| **Is Baseline PMA Number Provided?** | No |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | 60 |

| | |
|---|---|
| **Date First Marketed** | 02/21/2001 |
| **Manufacturer *(Section F)*** | DAVOL, INC., SUB. C.R. BARD, INC.<br>100 Sockanossett Crossroad<br>Cranston RI 02920 |
| **Manufacturer *(Section D)*** | DAVOL, INC., SUB. C.R. BARD, INC.<br>100 Sockanossett Crossroad<br>Cranston RI 02920 |
| **Manufacturer *(Section G)*** | DAVOL, INC., SUB C.R. BARD, INC.<br>100 Sockanassett Crossroad<br>Cranston RI 02920 |
| **Manufacturer Contact** | Thomas Swanson<br>100 Sockanossett Crossroad<br>Cranston , RI 02920<br>(401) 463 -7000 |
| **Device Event Key** | 512260 |
| **MDR Report Key** | 523131 |
| **Event Key** | 496503 |
| **Report Number** | 1213643-2004-00027 |
| **Device Sequence Number** | 1 |
| **Product Code** | FTL |
| **Report Source** | Manufacturer |
| **Source Type** | User facility |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 03/30/2004 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 04/29/2004 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 0123810 |

| | |
|---|---|
| **Device LOT Number** | 43CND281 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Date Manufacturer Received** | 03/30/2004 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Date Device Manufactured** | 03/01/2004 |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | No Answer Provided |
| **Type of Device Usage** | Initial |

Database last updated on November 28, 2007

---